UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON JULY 12, 2018**

CASE NO.:    18-56710-PMB

DEBTOR:    RICHARD L. CHANDLER, II

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.

PLEASE ENTER AN ORDER OF DISMISSAL.

July 31, 2018

```
                                _____/s/_____
                                Jason L. Rogers, Attorney for the
                                Chapter 13 Trustee
                                GA Bar No.  142575
```

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

18-56710-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Richard Lee Chandler, II
212 Parkridge Dr.
Woodstock, GA 30189

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __31ST_____ day of July, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444